IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 08-108-SLR |
| | ) | |
| DEVONTRE TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 28th day of August, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Monday, September 22, 2008** at **4:30 p.m.**, with the court initiating said call.

2. The time between this order and **September 22, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge